UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID WHITE                                              CIVIL ACTION

VERSUS                                                   NO. 05-4041

JO ANNE B. BARNHART, COMMISSIONER                        SECTION R(2)
OF SOCIAL SECURITY ADMINISTRATION

**ORDER**

The Court, having reviewed *de novo* the record, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE because substantial evidence supports the ALJ's findings.

New Orleans, Louisiana, this 20th day of September, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE